AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| RYAN LANE | ) | |
| DOB: xx/xx/xxxx - PDID: xxx-xxx | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___June 22, 2020___ in the county of _____ in the _____ District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1361 | Willfully injures or commits depradation on property of United States causing damage in excess of $1,000. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

❏ Continued on the attached sheet.

_____
*Complainant's signature*

Carl R. Holmberg, Detective Sergeant, USPP
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by Telephone (specify reliable electronic means).

Date: ___06/26/2020___

_____
*Judge's signature*

City and state:     ___Washington, D.C.___

Robin M. Meriweather, United States Magistrate
_____
*Printed name and title*

| Print | Save As... | Attach | Reset |
|---|---|---|---|